#7

AO 455(Rev. 5/85) Waiver of Indictment

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ELIEZER CAJIGAS-VALENZUELA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1938-L

I, ELIEZER CAJIGAS-VALENZUELA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Eliezer
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY